FILED
JUL 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mohammed Abd Al Al Qadir,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
  )
*Petitioner*,  )
  )    PETITION FOR WRIT
  )    OF HABEAS CORPUS
  v.  )
  )    08 1185
  )    Case Number 1:08 CV ____
GEORGE W. BUSH,  )
    President of the United States  )  Judge _____
    The White House  )
    1600 Pennsylvania Ave., N.W.  )  Deck Type: Habeas Corpus
    Washington, D.C. 20500;  )
  )    Date Stamp _____
ROBERT M. GATES,  )
    Secretary, United States  )
    Department of Defense  )
    1000 Defense Pentagon  )
    Washington, D.C. 20301-1000;  )
  )
ADMIRAL MARK H. BUZBY,  )
    Commander, Joint Task Force - GTMO  )
    JTF-GTMO  )
    APO AE 09360; and  )
  )
ARMY COL. BRUCE VARGO,  )
    Commander, Joint Detention  )
       Operations Group - JTF-GTMO,  )
    JTF-GTMO  )
    APO AE 09360,  )
  )
*Respondents/Defendants.*  )

## MOTION FOR LEAVE TO PROCEED IN FORUM PAUPERIS

The accompanying habeas corpus petition is made for Petitioner Mohammed Abd Al Al Qadir, who has been a detainee at Guantánamo Bay Naval Station, Cuba (ISN 284) for over six years. He has no financial resources at all and no way of earning money. Petitioner through the

RECEIVED
JUL − 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

undersigned counsel requests waiver of the filing fee for his petition and other official fees otherwise payable in connection with prosecuting it. A form of proposed Order accompanies this motion.

Respectfully submitted,

Counsel for Petitioners *and Stewart Eisenberg*
_____
Jerry Cohen
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 345-3000

Stewart Eisenberg
WEINBERG & GARBER, PC
71 King Street
Northampton, MA 01060

Tel: (413) 582-6886
Fax: (413) 582-6881
buz.e@verizon.net

June 30, 2008

OF COUNSEL:
Zachary Katznelson
Cal. Bar. No. 209489
Legal Director
Reprieve
PO Box 52742
London EC4P 4WS
United Kingdom
Tel: 011-44(0) 207-353-4640
Fax: 011-44(0) 207-353
Zachary@Reprieve.org.uk

*Mohammed Al Al Qadi Jr.
By Jerry Cohen 6/30/08*

J:\Docs\31549\00001\01256114.DOC

2