IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY ) | |
| DETAINEE LITIGATION ) | Civil Action No. 08-CV-01185 (HHK) |
| ) | |

## STATUS REPORT

Pursuant to this Court's July 24, 2008 Order, undersigned counsel for the respondents states the following status of this case:

1)       Mohammed Abd Al Al Qadir, a national of Algeria, is the detainee-petitioner in this habeas corpus case.  The petitioner is currently detained by the Armed Forces of the United States at Guantanamo Bay, Cuba, and is identified by Internment Serial Number 284.

2)       No Protective Order has been entered in this case.  Respondents do not object to entry of the following orders in this case:  (1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174 (D.D.C. 2004); (2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and (3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004.  Respondents reserve, however, the right to seek modifications to the protective order and supplemental orders as appropriate, and respondents' consent to entry of the orders is without prejudice to such right.[1]

3)       The detainee has not directly authorized this petition and there is no reference in the petition (Dkt #1) to who has authorized it, next friend or otherwise.  Consistent with the Court's July 29, 2008 Order in numerous other Guantanamo Bay habeas cases, petitioner's counsel should ordered to file a signed authorization from the petitioner to pursue the action or a

---

[1] In the Joint Report submitted on July 21, 2008 in cases then consolidated in 08-MC-442 (TFH), respondents proposed changes to the manner in which the parties submit filings to the Court in the Guantanamo Bay habeas cases.  Any such amendments applied in those cases should be applied to this case, as well.

declaration by counsel that states that the petitioner directly authorized counsel to pursue the action and explains why counsel was unable to secure a signed authorization.

    4)    A Combatant Status Review Tribunal ("CSRT") convened by the Department of Defense determined the petitioner to be an enemy combatant. The petitioner has been approved for release or transfer from Guantanamo Bay by the Department of Defense. The petitioner has not been charged with crimes triable by military commission under the Military Commissions Act of 2006.

    5)    This proceeding was instituted on 7/10/2008. The respondent has not filed the CSRT record or a factual return in this case.

    6)    On July 23, 2008, respondents submitted a filing under seal in this case that contains information designated as "protected information." Because the submission cannot be described in any greater detail without disclosing the substance of the protected information, respondents respectfully refer the Court to that submission.

Dated: August 1, 2008

Respectfully submitted,

GREGORY G. KATSAS  
Assistant Attorney General

JOHN C. O'QUINN  
Deputy Assistant Attorney General

   */s/ Scott M. Marconda*  
JOSEPH H. HUNT (D.C. Bar No. 431134)  
VINCENT M. GARVEY (D.C. Bar No. 127191)  
JUDRY L. SUBAR (D.C. Bar No. 347518)  
TERRY M. HENRY  
ANDREW I. WARDEN (IN Bar No. 23840-49)  
SCOTT M. MARCONDA (CA Bar No. 144225)  
Attorneys  
United States Department of Justice  
Civil Division, Federal Programs Branch  
20 Massachusetts Avenue N.W.  
Washington, DC 20530  
Tel: (202) 305-0169; Fax: (202) 616-8470  
Attorneys for Respondents