IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

IN RE:

GUANTANAMO BAY
DETAINEE LITIGATION
_____

)
)
)
)
)
)
)

Misc. No. 08-442 (TFH)

Civil Action No. 08-CV-1185 (HHK)

## **NOTICE OF FILING OF PROTECTED INFORMATION**

NOTICE is hereby given that respondents have filed with the Court Security Office a

submission which they seek to have designated as "protected information" pursuant to the

Amended Protective Order and Procedures for Counsel Access to Detainees at the United States

Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, 344 F. Supp. 2d 174

(D.D.C. 2004) and the Order Addressing Designation Procedures for "Protected Information,"

first issued on November 10, 2004.  The submission cannot be described in any greater detail

without disclosing the substance of the protected information.  As required by the protective

orders, respondents have disclosed the protected information to petitioners' counsel.

Dated: August 19, 2008

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN C. O'QUINN
Deputy Assistant Attorney General

    /s/ *Andrew I. Warden*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
ANDREW I. WARDEN (IN Bar No. 23840-49)
Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 616-5084
Fax:  (202) 616-8470

Attorneys for Respondents