IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDUL RAHIM HUSSEIN MUHAMMED ALI NASHIR | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1085 (PLF) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) | |
| SHAWALI KHAN | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1101 (JDB) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) | |
| BASHIR GHALAAB | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1104 (CKK) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) | |
| AHMED MOHAMMED ABDULLAH AL HAKIMI | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 08-CV-1111 (EGS) |
| GEORGE W. BUSH, et al., Respondents. | ) ) ) | |

| | |
|---|---|
| MOHAMMED SULAYMON BARRE )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, et al.,  )<br>Respondents.  )<br>_____ ) | Civil Action No. 08-CV-1153 (HHK) |
| OBAYDULLAH )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, et al.,  )<br>Respondents.  )<br>_____ ) | Civil Action No. 08-CV-1173 (RJL) |
| MOHAMMED ABD AL QADIR )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, et al.,  )<br>Respondents.  )<br>_____ ) | Civil Action No. 08-CV-1185 (HHK) |
| AHMED KHALFAN GHAILANI )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>GEORGE W. BUSH, et al.,  )<br>Respondents.  )<br>_____ ) | Civil Action No. 08-CV-1190 (RJL) |

| | |
|---|---|
| ABD AL-RAHIM HUSSAIN ) <br> MOHAMMED AL-NASHIRI ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-CV-1207 (RWR) <br> GEORGE W. BUSH, et al., ) <br> Respondents. ) <br> _____) <br> SHAKHRUKH HAMIDUVA ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-CV-1221 (CKK) <br> GEORGE W. BUSH, et al., ) <br> Respondents. ) <br> _____) <br> SHARIFULLAH ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-CV-1222 (EGS) <br> GEORGE W. BUSH, et al., ) <br> Respondents. ) <br> _____) <br> MAHBUB RAHMAN ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) Civil Action No. 08-CV-1223 (JR) <br> GEORGE W. BUSH, et al., ) <br> Respondents. ) <br> _____) | |

| | | |
|---|---|---|
| AWAL GUL | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1224 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| FNU HAFIZULLAH | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1227 (ESH) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| SALEM AHMED HADI | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1228 (RMC) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| YAKUBI | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 08-CV-1229 (JDB) |
| GEORGE W. BUSH, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

| | |
|---|---|
| KAHLID SAAD MOHAMMED )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>)<br>GEORGE W. BUSH, et al., )<br>      Respondents. )<br>_____) | Civil Action No. 08-CV-1230 (RMC) |
| ABDULLAH ALHAMIRI )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>)<br>GEORGE W. BUSH, et al., )<br>      Respondents. )<br>_____) | Civil Action No. 08-CV-1231 (CKK) |
| MAHMMOUD OMAR MOHAMMED )<br>BIN ATEF )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>)<br>GEORGE W. BUSH, et al., )<br>      Respondents. )<br>_____) | Civil Action No. 08-CV-1232 (JR) |
| MANSOOR MUHAMMED ALI QATTAA )<br>)<br>      Petitioner, )<br>)<br>  v. )<br>)<br>)<br>GEORGE W. BUSH, et al., )<br>      Respondents. )<br>_____) | Civil Action No. 08-CV-1233 (ESH) |

| | | |
|---|---|---|
| ABDUL AL RAZZAQ MUHAMMAD SALIH | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| GEORGE W. BUSH, et al., | ) ) | Civil Action No. 08-CV-1234 (RJL) |
| Respondents. | ) ) | |
| AHMED YASLAM SAID KUMAN | ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| GEORGE W. BUSH, et al., | ) ) | Civil Action No. 08-CV-1235 (JDB) |
| Respondents. | ) ) | |
| MUTEEN ADEEN JAMAL ABD AL FUSAL ABD AL SATTAR, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1236 (JDB) |
| GEORGE W. BUSH,    President of the United States,    *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |
| HAMOUD ABDULLAH HAMOUD HASSAN AL WADY | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-CV-1237 (RMC) |
| GEORGE W. BUSH, et al., | ) ) | |
| Respondents. | ) ) | |

| | |
|---|---|
| SHAWKI AWAD BALZUHAIR     )<br>                               )<br>       Petitioner,            )<br>                               )<br>    v.                         )<br>                               )   Civil Action No. 08-CV-1238 (RWR)<br>GEORGE W. BUSH, et al.,        )<br>       Respondents.            )<br>_____)<br>GHAFFAR                        )<br>                               )<br>       Petitioner,            )<br>                               )<br>    v.                         )<br>                               )   Civil Action No. 08-CV-1310 (RMU)<br>GEORGE W. BUSH, et al.,        )<br>       Respondents.            )<br>_____)<br>ZAYN AL ABIDIN MUHAMMAD        )<br>HUSAYN                         )<br>                               )<br>       Petitioner,            )<br>                               )<br>    v.                         )<br>                               )   Civil Action No. 08-CV-1360 (RWR)<br>GEORGE W. BUSH, et al.,        )<br>       Respondents.            )<br>_____)<br>MOHAMMED ABDULMALIK            )<br>                               )<br>       Petitioner,            )<br>                               )<br>    v.                         )<br>                               )   Civil Action No. 08-CV-1440 (CKK)<br>GEORGE W. BUSH, et al.,        )<br>       Respondents.            )<br>_____)| |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of respondents in the above-captioned cases:

>TERRY M. HENRY
>U.S. Department of Justice
>Civil Division
>Federal Programs Branch
>Room 7212
>20 Massachusetts Ave., N.W.
>Washington, D.C. 20530
>(202) 514-4107

Dated: August 22, 2008                    Respectfully submitted,

>GREGORY G. KATSAS
>Assistant Attorney General
>
>JOHN C. O'QUINN
>Deputy Assistant Attorney General
>
>  /s/ *Terry M. Henry*
>JOSEPH H. HUNT (D.C. Bar No. 431134)
>VINCENT M. GARVEY (D.C. Bar No. 127191)
>TERRY M. HENRY
>ANDREW I. WARDEN
>Attorneys
>United States Department of Justice
>Civil Division, Federal Programs Branch
>P.O. Box 883
>Washington, DC  20044
>Tel:  (202) 514-4107
>
>Attorneys for Respondents